```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
      IZZO GOLF, INC.
                        Plaintiff(s)

         -vs-                                    03-CV-6038T

      PHYSICS GOLF, USA

                        Defendant(s)
_____
```

The parties having electronically filed a Stipulation of Dismissal on February 9, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.

SO ORDERED.

                                                             S/ MICHAEL A. TELESCA
                                                             MICHAEL A. TELESCA
                                                             United States District Judge

Dated: February 10, 2006